J. N. Coombs and Sol Brash, Partners at Coombs & Company, Plaintiffs in Error, vs. The Cypress Lumber Company, a Corporation, Defendant in Error.

Writ of error to Circuit Court, Franklin County; John W. Malone, Judge.

*C. H. B. Floyd,* for Plaintiffs in Error.

*W. B. Sheppard,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Dismissed for failure to file transcript of record.

Decision Per Curiam.